**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale DIVISION**
www.flsb.uscourts.gov

In re: Richard Robert Stroh
Debtor /

Case No: 22-12107SMG
Chapter 13

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**
U.S. Bank c/o Rushmore And Wells Fargo

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING [SEE LOCAL RULE 3015-3(A)(2)]**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 days from the date this Motion was served upon you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4)]**

1. Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3015-3, the debtor seeks to value real property securing the claim of ~~(lien holder's name)~~ Attach "A" (the "Lender"). Lender holds a mortgage recorded at OR Book Attach "A" Page Attach "A" in the official records of Broward County, Florida.

See Attachment "A"

2. The real property is located at 11901 Sailboat Drive ~~(address)~~ Cooper City FL 33026, and is more particularly described as follows:

(Legal description)

Stonebridge Phase 1 91-9B
Lot 5 Blk 8



LF-77 (rev. 11/01/17)

3. At the time of the filing of this case, the value of the real property is $250,000 as determined by (insert method of valuation). Attachment "B"

4. (names of parties holding liens senior to lender) hold liens on the real property, senior to priority to Lender, securing claims in the aggregate amount of $__________.

5. *(Select only one):* Not applicable see Attachment "A" who has

__ Lender's collateral consists solely of the debtor's principal residence. As there is no equity in the real property after payment in full of the claims secured by liens senior to that of Lender, the value of Lender's secured interest in the real property is $0.

✓ Lender's collateral is not solely the debtor's principal residence. After payment in full of the claims secured by liens senior to that of All Lender, is there is equity of $ -0- remaining in the real property. Accordingly, the value of Lender's secured interest in the real property is $250,000 and the value of the Lender's unsecured, deficiency claim is $ 0 . Equity is -0- period.

6. The undersigned reviewed the docket and claims register and states (select only one):

X __ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.

or

__ Lender filed a proof of claim in this case. It shall be classified as a secured claim to the extent provided in paragraph 5, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.

7. The subject real property may not be sold or refinanced without proper notice and further order of the court.

**IF THE MOTION TO VALUE STRIPS OFF THE LIEN: WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) as Lender's secured interest in the real property is $0, deeming Lender's mortgage on the real

property void and extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**IF THE MOTION TO VALUE STRIPS DOWN THE LIEN: WHEREFORE,** the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) since Lender's secured interest in the real property is $250,000, deeming Lender's mortgage on the real property to secure such lesser amount (reduced further by payments made during the course of this chapter 13 case), without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case, and (e) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this Court, unless an objection is filed with the Court and served upon the debtor, the debtor's attorney, and the trustee at least two (2) business days prior to the hearing scheduled on this Motion, the value of the collateral may be established at the amount stated above without further notice, hearing or order of the Court. Pursuant to Local Rule 3015-3, timely raised objections will be heard at the hearing scheduled on the Motion.

2. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21 days prior to the hearing date and that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

**Submitted by:**

[Attorney or Debtor if the Debtor is pro se]
Address
Phone:
Email:

Richard R Stroh 3/31/22

Richard R. Stroh
Debtor
4301 S. Flamingo Rd
Ste# 106-152
Davie, FL 33330
Ph (954) 684 3851
"email old not regularly monitored 1000's in spam unseen"



LF-77 (rev. 11/01/17)

# Attachment "A"

(1) U.S. Bank c/o Rushmore
formerly Wells Fargo
Wachovia
World Savings

county no longer use's book & page #'s
but Instrument # 117265584
Recorded 5/12/2021
originally Recorded (same mtg note) as 1st Mtg 2006 for 1st time

(2) Wells Fargo formerly Wachovia
World Savings

Book 43767 page 58
Recorded 3-19-2007
Instrument # 106923369
originally Recorded 2007 for 1st time
on this 2nd Mtg

# Attachment "B"

proof of best est prop value $250,000 bank refuses appraisal (none done since 2006/2007 by bank company appraisers w/ false comps (refer to 60 Minutes world Savings Fraud)

bank still holds insurance check for Roof Repairs (12 860.68) "new roof" issued $2100 reimburse stop leak

Since GALA inspection hot water tank quit & plumber says leak on garage floor coming from copper pipe junction running thru floor NEEDS to re run piping thru Attic ≈ $5-6K

The banks positions ARE UNREASONABLE;

- they have not been paid Any thing SINCE 2007
- ins & taxes they paid does not add to VALUE of house
- they Refuse An APPRAISAL
- wells FARgo has stated in writing to Debtor they can not legally collect ANY money
- ch7 discharged 1st & 2nd
- in state court case on 2nd dismissed, case on 1st pending And bank has WAIVED ANY deficiency judgements
- house will not possibly sell for claim Amts And bank refuses to Accept condition
- will not sell at foreclosure Auction, bank will be stuck with further damage And leak Repairs

Debtor states Facts as follows!

(1) State Farm insurance measured square footage under air at ≈ 1500 and refused Banks's coverage request

(2) Only other house in development that is same model (smallest of 4 and neither has pool) is 12104 Lymestone Way. property appraiser shows 1769 sqft under air yet shows Debtors property as 2723 under air. Because of satelite photo done years ago they included screened porch as under air. Both homes built 1981/1980.

(3) Gala construction just measured as 1558 sq ft under house roof and screened porch flat roof 954 sq ft

only other same model house has remodeled baths + kitchen (new cabinets + appl) last sale new roof and A/C + landscaping

Just Mkt Value 418,800
Assed 214,980.



(4) Gaia construction (fire contractor)
Repair (not improve) quote is $166,448.63 enclosed.
they forgot/missed new skylite and lawn sprinkler pump
they are/were not aware plumber states pipe leaking in foundation NEED Rerun thru attic [illegible]

(5) Plan payments of $326,580 very reasonable / to include trustee fee's And Appraisal range of $195,000 to $265,000 subject to honest Appraisal with valid comps & 6% to Bank
Banks have multiple times refused appraisal And refused showing/admitting missing comps on [illegible] 2007-2006 Appraisal / by World Savings employees sold out shortly

(6) 12104 Lymestone way only same model And fair comparison, it is culdesac, debtors lake lot but facing Sterling Rd, built same year, neither has pool - large screened porch add's $5000 to debtors,

(5) Debtor estimates AD is foreclosure auction before Repairs no more than $239,000.

(6) property was listed on MLS & Zillow 7-29-21 My City Realty for $239,000 July-Aug-Sept 2021.

(7) Short sale Experts Florida homeowners solutions / Exodus Property solutions LLC
offered Bank $245,000 & submitted Repair est which since gone up & states no way anyone should pay more

homes not aware of
– sprinkler pump
– skylite
– plumbing re-run (leak foundation) thru attic
– ?

GAIA -CONSTRUCTION -INSPECTIONS

**PROPERTY INSPECTION OR ASSESSMENT OF DAMAGES**



| | |
|---|---|
| **ADDRESS:** | **11901 SAILBOAT DRIVE COOPERCITY, FL** |
| **CLIENT:** | **K.I. PROPERTIES, LLC** |
| **ID No:** | **2021423** |
| **DATE:** | **7/28/2021** |

**INSPECTION OR ASSESSMENT BY:**

**GAIA GC CONSTRUCTION INC.**
**CGC 1516136 FLORIDA**
**HI-2792 FLORIDA**
**8028867-B2 INTERNATIONAL CODE COUNCIL**

Property appraiser took aerial & has wrong sq ft!

GAIA -CONSTRUCTION -INSPECTIONS

Note "Roof 2" Not under A...

| | | |
|---|---|---|
| **Attachment to Inspection:** | **ESTIMATED COST OF REPAIRS** | 2512 SF |
| **Property Address:** | 11901 SAILBOAT DRIVE COOPERCITY, FL | 4.00 Bed |
| **Contact:** | K.I. PROPERTIES, LLC | 2.00 Bath |

| Item | Description | Qty. | Unit Price | Tot |
|---|---|---|---|---|
| ROOF 1 | REPAIRS / REPLACE TYPE: SHINGLE | 1558.0 | 10.00 | $1 |
| ROOF 2 | REPAIRS / REPLACE TYPE:ROLL ASPHALT | 954.0 | 8.00 | $ |
| ROOF | WOOD DECK AND TRUSSES | 1.0 | 4500.00 | $ |
| WINDOWS | FBC EQUIVALENT 2010 REPLACE | 214.0 | 45.00 | $ |
| CUSTOM EXT. DOOR | FBC EQUIVALENT 2010 REPLACE | 72.0 | 55.00 | $ |
| HVAC | EQUIPMENT REPAIRS / REPLACE TONS: | 4.0 | 1500.00 | $ |
| HVAC | DUCT WORK | 2512.0 | 2.00 | $ |
| EXTERIOR PAINT | PRESSURE CLEAN AND PAINT | 2512.0 | 1.60 | $ |
| DRYWALL | CEILING REPAIRS / REPLACE | 148.0 | 25.00 | $ |
| DRYWALL | WALLS REPAIRS / REPLACE | 45.0 | 25.00 | $ |
| INTERIOR PAINT | PRIME AND PAINT | 2512.0 | 1.90 | $ |
| KITCHEN | REPLACE CABINETRY / EXISTING LAYOUT BASE | 16.0 | 300.00 | $ |
| KITCHEN | REPLACE CABINETRY / EXISTING LAYOUT WALL | 22.0 | 250.00 | $ |
| KITCHEN | REPLACE COUNTERTOPS / EXISTING LAYOUT | 40.0 | 80.00 | $ |
| APPLIANCES | ALLOWANCE FOR REPLACEMENT KITCHEN | 1.0 | 3000.00 | $ |
| APPLIANCES | ALLOWANCE FOR REPLACEMENT WASHER / DRYER | 1.0 | 1500.00 | $ |
| INTERIOR DOORS | BEDROOMS AND BATHROOMS DOORS | 6.0 | 250.00 | $ |
| INTERIOR DOORS | CLOSET DOORS | 4.0 | 180.00 | |
| BATHROOMS | MINIMUM ALLOWANCE / FULL UPDATE | 2.0 | 8000.00 | $1 |
| ELECTRICAL | REPAIRS DOUBLE TAP | 1.0 | 200.00 | |
| ELECTRICAL | NEW GFCIS | 4.0 | 400.00 | $ |
| ELECTRICAL | OUTLETS / SWITCHES / LIGHTS / MINIMUM ALLOWANCE FOR REPLACEMENT | 1.0 | 1700.00 | $ |
| ELECTRICAL | SMOKE DETECTORS | 5.0 | 80.00 | |
| FLOORING | REPLACE FLOORING APPROX SF: | 2512.0 | 8.00 | $2 |
| BASEBOARDS | REPLACE AFTER NEW FLOORING APPROX: | 2512.0 | 1.90 | $ |
| FASCIA AND SOFFIT | REPLACE DAMAGED APPROX: | 35.0 | 50.00 | $ |
| PLUMBING | NEW WATER HEATER | 1.0 | 800.00 | |
| INSULATION | ATTIC SPACE | 2512.0 | 0.70 | $ |
| MOLD TREATMENT | BIOCIDE TREATMENT | 1.0 | 1500.00 | $ |
| LANDSCAPING | REMOVAL OVERGROWN VEGETATION | 1.0 | 3500.00 | $ |
| CLEAN UP | DUMPSTERS AND DUMPING FEES | 5.0 | 650.00 | $ |
| | **Sub Total Construction / repairs** | | | $143,4 |
| | **Plans and Permits for a legal remodeling** | | | $8,6 |
| | **Contractor overhead and Profit = 10%** | | | $14,3 |
| **TOTAL** | | | | $166,4 |

**NOTES AND ADDITIONAL DETAILS:**

GENERAL DETAILS ARE PROVIDED BASED ON VISUAL OBSERVATION. CLIENT TO FINALIZE AND APPROVE SCOPE AND MATERIAL RECOMMEND TO HIRE ONLY LICENSED AND INSURED CONTRACTORS WHEN PERFORMING YOUR REPAIRS. CONSULT WITH YOUR LOCAL BUILDING DEPARTMENT AND HOME OWNERS ASSOCIATION (IF APPLICABLE) BEFORE PERFORMING ANY WORK ON YOUR PROPERTY. ALL DESCRIBED WORK IS REQUIRED, CLIENT TO DETERMINE PRIORITIES.

$166,448.63






INSPECTION 2021423

PROPERTY INSPECTION – 11901 SAILBOAT DRIVE COOPERCITY, FL
ATTACHMENT - PHOTOGRAPHS
DATE: 07-28-2021



Exterior door(s) require replacement. Currently beyond possibilities of repair.



GAIA GC Construction Inc
2640 Hollywood Blvd. suite 200 Hollywood FL 33020
T:954.882.2672 - info@gaiagc.com - www.gaiagc.com




INSPECTION 2021423

PROPERTY INSPECTION – 11901 SAILBOAT DRIVE COOPERCITY, FL
ATTACHMENT - PHOTOGRAPHS
DATE: 07-28-2021



Fascia and soffit deteriorated wood require replacement.



GAIA GC Construction Inc
2640 Hollywood Blvd. suite 200 Hollywood FL 33020
T:954.882.2672 - info@gaiagc.com - www.gaiagc.com

**11901 Sailboat dr CooperCity 33026**

csmrichard@aol..../Sent



**csmrichard@aol.com** <csmrichard@aol.com>
To: ethomas@bcpa.net <ethomas@bcpa.net>
Bcc: csmrichard@aol.com <csmrichard@aol.com>

Mar 15 at 11:50 AM

Erik,

Thank you for your time yesterday. I do think county appraisal is way to high...

12104 Lymestone Way is the only other same model of four built in 80's by hollwood inc. My understanding lot of interior work and new roof n ac before last sale. So this is only same model In my area im aware of. And except for screened porch sg footage under air is the same. It is the smallest model...
Neither house has a pool. Mine is on lake and you show land value accordingly. Bank wanted increased coverage and state farm refused when they came out and measured because they showed under 1500sg ft under air.

Unfortunately my house not in good condition..for appraisal comp purposes most houses in area replaced shingle roofs many tile. Have pools..replaced windows doors with impact units and have replaced particle board cabinetry kitchens n baths. cabinetry in my house old and crumbling so comps not comparable. House next door has addition as do several others in area. House behind added a bathroom.

Regards,
Richard R Stroh
Sent from the all new AOL app for Android

**Erik J Thomas, CFE**
Deputy Appraiser II
*Residential Department - Real Property Divison*

P 954-357-5877
F 954-357-8008
E ethomas@bcpa.net

**Broward County Governmental Center**
115 S. Andrews Ave. Room 111
Fort Lauderdale, FL 33301

@MartyKiarBCPA
@MartyKiarBCPA
MartyKiarBCPA

3/14/22 met w/ County APPRAISER he Agreed SCREENING NOT under AiR will BE coming to property And requesting corrections following VALUES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
*[Note: Visit the court web site to ensure you are using the most current version of this local court form.]*

❶ ☐ ________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 1st Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Richard R. Stroh JOINT DEBTOR: ________ CASE NO.: 22-12107-SMG
Last Four Digits of SS# 7563 Last Four Digits of SS# ________

❷ **MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ❸ 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

❹
A. $ 1375 for months 1 to 12;
B. $ 6460 for months 13 to 60;
C. $ ________ for months ____ to ____; in order to pay the following creditors:

INCLUDE 6% BANK monthly on BALANCE of $250,000 VALUE & 10% TRUSTEE.

Administrative: Attorney's Fee - $ ❺a -0- TOTAL PAID $ ❺b -0-
Balance Due $ ❺c payable $ ❺d /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. ❻a US BANK c/o Rushmore Arrearage on Petition Date $ ❻b HAVE NOT RECEIVED A STATEMENT IN MONTHS ?
Address: 154 B LAGUNA CANYON Rd #100 IRVINE CA 92618 Arrears Payment $ ❻c /month (Months ❻e to ____)
Account No: 7603241936 Regular Payment $ ❻d /month (Months ❻e to ____)

~~2.~~ Address: ________ Arrearage on Petition Date $ ________
Arrears Payment $ ________ /month (Months ____ to ____)
Account No: ________ Regular Payment $ ________ /month (Months ____ to ____)

3. Wells FARGO Disputed Acct Arrearage on Petition Date $ discharged in Ch7 # 19-11546-JKO 2/1/19
Address: BOX 10335 Des Moines IA 50306 Arrears Payment $ ________ /month (Months ____ to ____)
Account No: 6613790661000l Regular Payment $ ________ /month (Months ____ to ____)

❼ **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| US BANK c/o Rushmore | 11901 Sailboat Dr $ [redacted] | 6 % | $ [redacted] X | [redacted] 1 To 60 | [redacted] X |
| | $ | % | $ | ____ To ____ | |
| Wells FARGO | $ 11901 Sailboat Dr disputed | 0 % | $ 0 | ____ To ____ | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ❾a Total Due $ ❾b
Payable $ ❾c /month (Months ____ to ____) Regular Payment $ ❾d
2. ________ Total Due $ ________
Payable $ ________ /month (Months ____ to ____) Regular Payment $ ________

Unsecured Creditors: Pay $ NONE ❿a /month (Months ❿b to ____).
❿c Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor [signature] Joint Debtor ________
Date: 3-30-22 Date: ________

Pymts BANK $1250 1-12
$5872 13-60

$ 1375 1-12
6460 13-60
w/ trustee 10%

$298,856 to BANK

Wherefore Debtor Respectfully Requests that this Honorable Court Approve this motion.

Certificate of Service

I hereby certify that on this 31st day of March 2022 I served copy of the foregoing by USPS mail upon:

Trustee Robin Weiner
Box 559007
Ft Lauderdale, FL 33355

USBank c/o Rushmore
1548 Laguna Canyon Rd
#100
Irvine, CA 92618

Wells Fargo
Box 10335
Des Moines, IA 50306

Rock Creek % Irvin Nachman
4441 Stirling Road
Ft Lauderdale, FL 33314

Richard R Stroh 3/31/22

Richard R. Stroh
Debtor
4301 S. Flamingo Rd
Ste # 106-152
Davie, FL 33330
Ph (954) 684-3851