**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 22-12107-SMG
Chapter 13

Richard Robert Stroh

Debtor /

**OBJECTION TO CLAIM**'s filed As of 4-9-2022.

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1 | Wells Fargo Bank NA | $62,275.80 | (1) Stripped in Ch 7 BK CASE # 19-11546-JKO ~~discharge Date 5-17-2019~~ This was 2ND Mtg & 1st Mtg upside down |
| (3) enclosed Attachment "A" (4) Enclosed Attachment "B" | | | (2) 2014 Foreclosure CASE dismissed They did not correct Acct each party Responsible for own Fee's And statute of limitations Applies lost & unbilled years. |

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

Richard R Stroh PRO SE
Name of Attorney

Richard R Stroh
Signature

Richard R. Stroh
[Attorney for]

4301 S. Flamingo Rd #106-152 Davie FL 33330
Address

954 684 3851
Telephone

PRO SE
Bar Number and State

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).

# Attachment "A" pg 1 of 5

(1) Believe this 2ND Mtg in Ch 7 discharge

(2) No billing in years til just now so Regardless under state of FL Bartram/Bertram Ruling must be billed monthly or statue of limitations Applies

(3) Was never Adjusted properly in Foreclosure case dismissal June 2014 they were Responsible for there costs never Rel.

(4) motion to void the lean filed

(5) No objection by Wells Fargo to plan or motion to value

(6) no attendance by Wells Fargo at any ch 13 hearings

(7) see enclosed Bank letter good standing can't be both and shows invalid

Information to identify the case:

Debtor 1 **Richard R. Stroh**
First Name Middle Name Last Name

Social Security number or ITIN **xxx-xx-7563**
EIN __-_______

Debtor 2 (Spouse, if filing)
First Name Middle Name Last Name

Social Security number or ITIN ____
EIN __-_______

United States Bankruptcy Court **Southern District of Florida**

Case number: **19-11546-JKO**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Richard R. Stroh**

May 17, 2019

By the court: 
**John K Olson**
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**19-11546-JKO** Richard R. Stroh
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** John K Olson
**Date filed:** 02/01/2019 **Date of last filing:** 04/04/2019

# Creditors

99 NE 4th St
Miami, FL 33132-2131 (cr)

**Wawa Credit Card**
PO Box 9001101
Louisville, KY 40290-1101 (94915652) (cr)

**Wells Fargo Bank NA**
PO Box 14529
Des Moines, IA 50306-3529 (94915653) (cr)

**Wells Fargo Home Mortgage**
PO Box 660455
Dallas, TX 75266-0455 (94915654) (cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/20/2019 13:45:08 | | | |
| **PACER Login:** | csmRichard:5918958:0 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 19-11546-JKO Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

1st + 2nd
original World Savings



# NOTICE OF UNSWORN AND UNVERIFIED DOCUMENTS AND OF SUSPENSION OF ATTORNEY MAITE DIAZ

Notice is hereby given that an Order was entered on June 25, 2019, in the case of *In re Aldo Pina*, Case No. 18-15928-JKO, which found that **Attorney Maite Diaz** has engaged in a consistent practice of filing Schedules and Statements of Financial Affairs which were neither seen nor signed by the respective Debtors in that case and in more than 100 other cases filed by Attorney Maite Diaz, all in violation of applicable statutes and rules. That practice may have occurred in this case.

Attorney Maite Diaz has been suspended from practice before this Court for a period of **two years** commencing **August 1, 2019**. Attorney Maite Diaz has been referred to the United States District Court and to The Florida Bar with a recommendation that she be **DISBARRED**. Attorney Maite Diaz has been referred to the Office of the United States Trustee and to the United States Attorney for such further investigation as those agencies see fit.

Parties in interest may wish to consult counsel to advise them of the implications, if any, of the findings of the Court in the case of *In re Aldo Pina* and of the applicability of those findings to this case.

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368

02/27/12

1AT 03229/012148/006622 0043 2 ACPAGPHP013 512

RICHARD R STROH
11901 SAILBOAT DR
HOLLYWOOD, FL 33026-1027

**Account Information**

| | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-800-313-0892 |
| Telephone: | 1-877-859-1860 |
| Extension: | 2058 |
| Correspondence: | PO Box 659558<br>San Antonio, TX 78265-9558 |
| Hours of Operation: | Mon - Fri, 8 AM -8 PM CT<br>Sat, 8 AM - 5 PM CT |
| Loan Number: | 0042917666 |
| Property Address: | 11901 Sailboat Dr<br>Cooper City FL 33026 |

Subject: You've completed the mortgage assistance process

Dear Richard R Stroh:

I'm writing to tell you it's been a pleasure working with you and helping you through the mortgage assistance process. I'm happy that you successfully completed the process and your mortgage is now in good standing.

At this point, you'll no longer need the dedicated assistance of a home preservation specialist. Please understand that if your circumstances should change, or if you face challenges in keeping up with your mortgage payments, it's important for you to call us right away.

Simply call 1-800-282-3451 and a Wells Fargo Home Mortgage representative will assist you and put you in touch with a home preservation specialist if you need further assistance.

Once again, I appreciate having the opportunity to assist you. It is my hope that you will have continued success and enjoy the benefits of homeownership. If you have any questions about this letter, please feel free to call us at 1-800-282-3451.

Sincerely,

*John Sanchez*

John Sanchez
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-859-1860 ext. 2058
Fax: 1-800-313-0892

[Handwritten:] original Note + Mtg Acct # 0042917666 (World Savings pick a pymt loan & only Note + Mtg) ~~World Savings~~ Wells Fargo changed Acct # to 0482949443

Only Copy of Note/Mtg Albertelli Law has produced in Federal or State Court has Acct # Blacked out

This communication is an attempt to collect a debt and any information obtained will b[e] ... discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice i[s] ... security interest in the property and will only exercise our rights as against the propert[y] ...

WF M307P

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368

WELLS FARGO HOME MORTGAGE

02/27/12

1AT 03228/012147/006620 0043 2 ACPAGPHP013 512

RICHARD R STROH
11901 SAILBOAT DR
HOLLYWOOD, FL 33026-1027

**Account Information**

| | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-800-313-0892 |
| Telephone: | 1-877-859-1860 |
| Extension: | 2058 |
| Correspondence: | PO Box 659558<br>San Antonio, TX 78265-9558 |
| Hours of Operation: | Mon - Fri, 8 AM -8 PM CT<br>Sat, 8 AM - 5 PM CT |
| Loan Number: | 0045174869 |
| Property Address: | 11901 Sailboat Dr<br>Cooper City FL 33026 |

Subject: You've completed the mortgage assistance process

Dear Richard R Stroh:

I'm writing to tell you it's been a pleasure working with you and helping you through the mortgage assistance process. I'm happy that you successfully completed the process and your mortgage is now in good standing.

At this point, you'll no longer need the dedicated assistance of a home preservation specialist. Please understand that if your circumstances should change, or if you face challenges in keeping up with your mortgage payments, it's important for you to call us right away.

Simply call 1-800-282-3451 and a Wells Fargo Home Mortgage representative will assist you and put you in touch with a home preservation specialist if you need further assistance.

Once again, I appreciate having the opportunity to assist you. It is my hope that you will have continued success and enjoy the benefits of homeownership. If you have any questions about this letter, please feel free to call us at 1-800-282-3451.

Sincerely,

*John Sanchez*

John Sanchez
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-859-1860 ext. 2058
Fax: 1-800-313-0892

[Handwritten:] original 2nd/Home equity line Acct # 0045174869 World Savings Note Wells Fargo changed Acct # to 6613790681

This communication is an attempt to collect a debt and any information obt[ained] ... d a discharge of this debt in bankruptcy or are currently in a bankruptcy case, t[his] ... have a security interest in the property and will only exercise our rights as against t[he] ...

WF M307P
HP013 512
022712HP0130000A

Attachment "B" pg 1of 3

Form 410 filed is Wrong (line 2)

The note is a World Savings note from 2007, bought by Wachovia then by Wells Fargo

Original filed in 2008 foreclosure case, Removed 2016 and replaced with copy. The Note shows loan modification (there was none) and has a mixture of a 1st Mtg World Savings Note and 2nd, thus invalidating it

It also shows a forged/pasted signature.

**Fill in this information to identify the case:**

Debtor 1 RICHARD ROBERT STROH

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: Southern District Of Florida

Case number 22-12107-SMG

For Informational Purposes Only

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

The law requires that filers **must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Wells Fargo Bank, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No ← Not True! 2007 Note says World Savings was bought by Wachovia then by Wells Fargo then

☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Wells Fargo Bank, N.A. Default Document Processing
Name

P.O. Box 1629 N9286-01Y
Number Street

Minneapolis MN 55440-9790
City State ZIP Code

Contact phone 1-877-891-0002

Contact email HEQBANKRUPTCYCH13@wellsfargo.com

**Where should payments to the creditor be sent?** (if different)

Wells Fargo Operations Center
Name

P.O. Box 31557 B6955-01B
Number Street

Billings MT 59107
City State ZIP Code

Contact phone 1-877-891-0002

Contact email HEQBANKRUPTCYCH13@wellsfargo.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
WFCHEQ2212107FLS75630681

**4. Does this claim amend one already filed?**

☑ No

☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No

☐ Yes. Who made the earlier filing? ______

## Addendum Page

Basis for asserting that the applicable party has the right to foreclose: Debtor(s) executed a mortgage or deed of trust which serves as collateral for Creditor's home equity line of credit agreement (the "Debt Agreement") and agreed to be bound by its terms. The Debt Agreement is secured by a mortgage, deed of trust, or security deed. Creditor is the original mortgagee/successor or beneficiary of the mortgage, deed of trust or security deed.

## Additional Disclaimers (where applicable)

** "The debtor(s) liability for repaying this indebtedness was discharged in a prior Chapter 7 case. This claim is being filed in rem. No arrearage is stated in the claim, although it may exist, because the debtor's plan does not provide for the arrears in the plan. Wells Fargo reserves the right to amend this claim to include the arrears in the event the debtor files an amended or modified plan providing for arrears in the plan."

**410**

**Part 2:** Question 9-Describe contains the property address.

**410A**

**Part 2:**

Principal Balance is from Part 5, Column M as of the Bankruptcy File Date.

Interest Due is the interest due as of the Bankruptcy File Date.

Fees, costs due is from Part 5, Column P as of the Bankruptcy File Date and includes any outstanding fees (i.e. late charges, property inspections) and cost (i.e. attorney costs), also included are corporate advances (i.e. tax, insurance) for non-escrowed loans as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included. → But they are and account (1) never corrected from

Other includes any applicable Lender Placed Insurance or other Optional Products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

Total Debt not to be used for payoff purposes.

**Part 3:**

Principal and Interest is the principal and interest portion of Part 5, Column G, as of the Bankruptcy File Date.

Pre-Petition Fees Due is from Part 5, Column P as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

Other includes any applicable Lender Placed Insurance or Optional Products (i.e. A & H, Life) due as of the bankruptcy file date. This line was added to ensure transparency.

**Part 4:**

Optional Products includes any applicable Lender Placed Insurance or optional products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

(*)This disclaimer has been added to the form to explain that the monthly payment amount may change periodically throughout the life of the loan.

2014 foreclosure case dismissal

(2) years of not billing since 5 year statute of limitations applies

Wherefore Debtor Respectfully Requests that this Honorable Court Approve this motion, And cancel this note & lien.

Certificate of Service

I hereby certify that on this 9th Day of April 2022 I served copy of the foregoing by USPS mail upon:

Trustee Robin Weiner
Box 559007
Ft Lauderdale, FL 33355

USBank c/o Rushmore
1548 Laguna Canyon Rd
#100
Irvine, CA 92618

Wells Fargo Default Processing
Box 1629 N9286-01Y
Minneapolis, MN 55440-9790

Rock Creek % Irvin Nachman
4441 Stirling Road
Ft Lauderdale, FL 33314

Synchrony Bank
c/o PRA Receivables Mngmt LLC
Box 41021
Norfolk, VA 23541

Richard R Stroh 4/9/22

Richard R. Stroh
Debtor
4301 S. Flamingo Rd
Ste # 106-152
Davie, FL 33330
Ph (954) 684-3851